IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02486-WYD-KLM

RICHARD E. GOODWIN,

    Plaintiff,

v.

STUDENT MOVERS, INC.

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend Caption** [Docket No. 18; Filed December 20,2 011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED AS MOOT**. Stephen T. Linane was removed from the caption of the case on the entry of the Amended Complaint on November 28, 2011 [#15].

    The Court reminds Plaintiff that he filed his lawsuit in federal court, thus the Federal Rules of Civil Procedure govern this matter, not the Colorado Rules of Civil Procedure.

    Dated:  December 30, 2011