IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02486-WYD-KLM

RICHARD E. GOODWIN,

    Plaintiff,

v.

STUDENT MOVERS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff Richard E. Goodwin's Motion to Dismiss [ECF No. 26], filed July 5, 2012.  After a careful review of the file, the Court concludes that this case should be dismissed with prejudice.  Accordingly, it is hereby

ORDERED that Plaintiff Richard E. Goodwin's Motion to Dismiss [ECF No. 26], filed July 5, 2012, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.

Dated:  July 6, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE